FILED
Aug 11 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ ElizabethS  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '22 CR1852 W |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine |
| ANGEL DANIEL SOLIS-CASTILLO, | |
| Defendant. | |

The grand jury charges:

On or about June 18, 2022, within the Southern District of California, defendant ANGEL DANIEL SOLIS-CASTILLO did knowingly and intentionally import 500 grams and more, to wit: approximately 27.40 kilograms (60.40 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 11, 2022.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Amy L. Brammell
AMY L. BRAMMELL
Assistant U.S. Attorney

ALBR:cms:San Diego:8/10/22