**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ANGEL DANIEL SOLIS-CASTILLO,<br><br>             Defendant. | Case No. 22-CR-1852-W<br><br>**I N F O R M A T I O N**<br>**Superseding**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of<br>Methamphetamine (Felony) |

The United States Attorney charges:

On or about June 18, 2022, within the Southern District of California, defendant, ANGEL DANIEL SOLIS-CASTILLO, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 10/11/22 .

RANDY S. GROSSMAN
United States Attorney

*Paul E. Benjamin*

PAUL E. BENJAMIN
Assistant U.S. Attorney

ALBR:cm:10/11/2022