# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ANGEL SOLIS-CASTILLO,<br><br>      Defendant. | Case No. 22CR1852-W<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Sentencing date currently scheduled for February 13, 2023 be continued to March 20, 2023, at 9:00 AM.

DATED: _2/7/23_

_____
HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE